UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Anthony Spencer,

    Plaintiff,

v.                                                Civil No. 13-177 (JNE/JSM)
                                                   ORDER

Warden FPC Duluth, CO Anderson, CO
Baker, CO Gravdal, CO Brian H, Unknown
CO with CO Baker on 12-19-12, Mail Room
Staff of Dec. 12, 2012 FPC Duluth, Chris
Nickrenz, and Patrick Thyen,[1]

    Defendants.

In a Report and Recommendation dated August 1, 2016, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Defendants' Motion for Summary Judgment be granted, Plaintiff's Amended Complaint be dismissed with prejudice, Plaintiff's Motion for Leave to Amend be granted, Plaintiff's Cross-Motion for Summary Judgment be denied, and Plaintiff's Motion for Sanctions be denied. Plaintiff objected, and Defendants responded. The Report and Recommendation notified the parties that objections must comply with the limits set forth in D. Minn. LR 72.2(c). The Court overrules Plaintiff's objections because they substantially exceed the limits of D. Minn. LR 72.2(c). In addition, the Court has reviewed Plaintiff's objections and discerns no basis to reject the recommended disposition. Accordingly, IT IS ORDERED THAT:

    1.    Defendants' Motion for Summary Judgment [Docket No. 140] is GRANTED.

---

[1] "Gravdal" is the spelling that appears in the memoranda regarding summary judgment. Nickrenz and Thyen were added to the caption pursuant to Plaintiff's motion to amend.

1

2

2. Plaintiff's Motion for Leave to Amend [Docket No. 154] is GRANTED.

3. Plaintiff's Cross-Motion for Summary Judgment [Docket No. 155] is DENIED.

4. Plaintiff's Motion for Sanctions [Docket No. 163] is DENIED.

5. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 15, 2016

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge